UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED
2005 JUN -3 P 3: 54
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

| | |
|---|---|
| TARZA R. NELSON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>KIM; et al.,<br><br>    Defendants - Appellees. | No. 05-15770<br>D.C. No. CV-02-06027-OWW/DLB<br><br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith    [X]

Explanation: _Dispute over plaintiff's alleged carpal tunnel syndrome and timeliness and effectiveness of medical response, insufficient to state a claim for 8th Amendment violation._

_____
Judge
United States District Court

Date: 6-2-05